[No. 23187-9-III.   Division Three.   September 7, 2006.]

THE STATE OF WASHINGTON, *Respondent*, v. DOUGLAS JAMES CONNER, *Appellant*.

Appeal from a judgment of the Superior Court for Benton County, No. 03-1-00761-1, Carolyn A. Brown, J., entered June 28, 2004. *Affirmed in part* and *remanded* by unpublished opinion per Kato, J., concurred in by Schultheis, A.C.J., and Kulik, J.

[No. 23510-6-III.   Division Three.   September 7, 2006.]

THE STATE OF WASHINGTON, *Respondent*, v. BEN ALAN BURKEY, *Appellant*.

Appeal from a judgment of the Superior Court for Spokane County, No. 04-1-01650-0, Ellen K. Clark, J., entered September 29, 2004. *Affirmed* by unpublished opinion per Kulik, J., concurred in by Sweeney, C.J., and Schultheis, J.

[Nos. 23572-6-III; 23574-2-III.   Division Three.   September 7, 2006.]

THE STATE OF WASHINGTON, *Respondent*, v. MICHAEL DEAN BRINLEE, *Appellant*.

THE STATE OF WASHINGTON, *Respondent*, v. DENNIS E. LEE, JR., *Appellant*.

Appeals from judgments of the Superior Court for Benton County, Nos. 04-1-00745-7 and 04-1-00746-5, Robert G. Swisher, J., entered November 17, 2004. *Affirmed* by unpublished opinion per Sweeney, C.J., concurred in by Brown and Kulik, JJ.

[No. 24132-7-III.   Division Three.   September 7, 2006.]

THE STATE OF WASHINGTON, *Respondent*, v. GABRIEL FIDEL DECOTEAU, *Appellant*.

Appeal from a judgment of the Superior Court for Douglas County, No. 04-1-00169-6, John Hotchkiss, J., entered May 16, 2005. *Affirmed* by unpublished opinion per Kato, J., concurred in by Brown and Kulik, JJ.